THE PEOPLE *ex rel.* John R. Thompson, County Treasurer, Appellee, *vs.* CHARLES H. SMYTHE *et al.* Appellants.

*Opinion filed February 20, 1908.*

This case is controlled by the decision in *People ex rel.* v. *Smythe,* (*ante,* p. 242.)

APPEAL from the County Court of Cook county; the Hon. D. T. SMILEY, Judge, presiding.

TAYLOR & MARTIN, for appellants.

GEORGE A. MASON, and WILLIAM T. HAPEMAN, (EDWARD J. BRUNDAGE, Corporation Counsel, of counsel,) for appellee.

Mr. JUSTICE CARTWRIGHT delivered the opinion of the court:

This is an appeal from a judgment and order of sale entered at the July term, 1907, of the county court of Cook county, for non-payment of an installment of a special assessment levied by the city of Chicago and alleged to be due and delinquent.

The errors assigned and questions involved are identical with those involved in the case of *People ex rel.* v. *Smythe,* (*ante,* p. 242.) The decision in that case disposes of all questions involved in this one and a like judgment will be entered here.

The judgment of the county court is reversed and the cause is remanded to that court, with directions to enter a judgment and order of sale in compliance with section 191 of the Revenue act, and to spread the same of record in the tax, judgment, sale, redemption and forfeiture record.

*Reversed and remanded, with directions.*